# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN THOMAS,<br><br>        Plaintiff,<br><br>    v.<br><br>JAMES YATES, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:07-cv-01368-AWI-SMS PC<br><br>ORDER RELIEVING DEFENDANTS OF REQUIREMENT TO RESPOND TO COMPLAINT WITHIN FIVE DAYS OF REMOVAL, PENDING SCREENING BY COURT |

     Defendants Yates and Igbinosa were required to file a response to plaintiff's complaint within five days from the date of removal of the action to this court. Fed. R. Civ. P. 81(c). Defendants are HEREBY RELIEVED of their obligation to file an answer or motion responsive to the complaint pending screening of the complaint by court. 28 U.S.C. § 1915A.

IT IS SO ORDERED.

**Dated:    October 5, 2007**          /s/ Sandra M. Snyder
                                                                                  UNITED STATES MAGISTRATE JUDGE