1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  JONATHAN THOMAS,                     CASE NO. 1:07-cv-01368-AWI-SMS PC

10                    Plaintiff,        ORDER DIRECTING DEFENDANTS TO
                                        RESPOND TO COMPLAINT WITHIN
11         v.                           FORTY-FIVE DAYS

12  JAMES YATES, et al.,                (Docs. 1 and 7)

13                    Defendants.
14  _____/

15         The Court has screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A and finds that

16  it states a cognizable claim for relief under 42 U.S.C. § 1983 against Defendants Yates and Igbignosa

17  for violation of the Eighth Amendment.  Fed. R. Civ. P. 8(a); Erickson v. Pardus, 127 S.Ct. 2197,

18  2200 (2007); Alvarez v. Hill, 2008 WL 659570, No. 06-35068, *3 (9th Cir. Mar. 13, 2008).

19  Accordingly, pursuant to the Court's order of October 5, 2007, Defendants shall file a response to

20  the complaint within **forty-five (45) days** from the date of service of this order.

21

22  IT IS SO ORDERED.

23  **Dated:    May 1, 2008            _____/s/ Sandra M. Snyder_____**
                                        UNITED STATES MAGISTRATE JUDGE
24
25
26
27
28