1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  JONATHAN THOMAS,                          CASE NO. 1:07-cv-01368-AWI-SMS PC

10                          Plaintiff,        ORDER DENYING MOTION FOR TRIAL
                                             DATE
11          v.
                                             (Doc. 16)
12  JAMES YATES, et al.,

13                          Defendants.
                                        /
14

15          On November 17, 2008, Plaintiff filed a motion seeking a trial date.

16          Pursuant to the scheduling order, the date for filing pretrial dispositive motions is April 27,

17  2009.  A trial date will not be set until after the expiration of the motion deadline and, if any

18  dispositive motions are filed, after the resolution of the motions.

19          Plaintiff's motion for a trial date is premature and is HEREBY DENIED.

20

21  IT IS SO ORDERED.

22  **Dated:    November 20, 2008**              **/s/ Sandra M. Snyder**
                                             UNITED STATES MAGISTRATE JUDGE
23

24

25

26

27

28