IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JONATHAN THOMAS,**<br><br>        Plaintiff,<br><br>    v.<br><br>**JAMES YATES, et al. ,**<br><br>        Defendants. | Case No. 1:07-CV-1368 DCB<br><br>**ORDER** |

Upon careful examination of the moving documents and good cause appearing, the Court grants Defendants' Motion to Modify the Scheduling Order (document 19) to modify the June 24, 2008 Scheduling Order and orders as follows:

The dispositive motions deadline is extended from April 27, 2009, to May 27, 2009.

Dated this 1st day of May, 2009.

David C. Bury
United States District Judge